LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
MELANIE JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ.            (SBN 136571)
RICHARD A. LOVICH, ESQ.        (SBN 113472)
KARLENE ROGERS-ABERMAN, ESQ.   (SBN 237883)
BARBARA V. LAM, ESQ. (SBN 231073)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
VALLEY HEALTH CARE SYSTEM, a public
benefit corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY HEALTH CARE SYSTEM, a public benefit corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>HCC MEDICAL INSURANCE SERVICES, LLC, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants. | Case No.:    3:16-cv-02478<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN:

   PLEASE TAKE NOTICE that the above-captioned case has settled between the parties pursuant to a confidential settlement agreement; and

   Plaintiff VALLEY HEALTH CARE SYSTEM, a public benefit corporation

13556                         - 1 -         PLAINTIFF'S NOTICE OF SETTLEMENT

1 | anticipates that the dismissal of this matter, on the satisfactory completion of
2 | specified terms, should be completed within 45 days from the date of this Notice of
3 | Settlement.

4 |     A Stipulation of Dismissal should be filed no later than January 14, 2017.

Dated: November 30, 2016

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.

By:     /s/ Barbara V. Lam

BARBARA V. LAM
Attorneys for Plaintiff
VALLEY HEALTH CARE SYSTEM, a
public benefit corporation