UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALLEY CARE HEALTH SYSTEM,<br>    Plaintiff,<br>        v.<br>HCC MEDICAL INSURANCE SERVICES, LLC,<br>    Defendant. | Case No. 16-cv-02478-RS<br><br>**STANDBY ORDER OF DISMISSAL** |
|---|---|

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 19, 2017.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 26, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: December 5, 2016

_____
Richard Seeborg
United States District Judge