1 | LAW OFFICES OF STEPHENSON,
2 | ACQUISTO & COLMAN, INC.
| MELANIE JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
3 | BARRY SULLIVAN, ESQ.          (SBN 136571)
4 | RICHARD A. LOVICH, ESQ.          (SBN 113472)
| KARLENE ROGERS-ABERMAN, ESQ.    (SBN 237883)
5 | BARBARA V. LAM, ESQ.  (SBN 231073)
6 | 303 N. Glenoaks Blvd., Suite 700
| Burbank, CA 91502
7 |
8 | Telephone:   (818) 559-4477
| Facsimile:    (818) 559-5484
9 |
| Attorneys for Plaintiff
10 | VALLEY HEALTH CARE SYSTEM, a
11 | public benefit corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| VALLEY HEALTH CARE SYSTEM, a public benefit corporation, | Case No.:   3:16-cv-02478 |
|---|---|
| Plaintiff, | Hon. Jon S. Tigar |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]** |
| HCC MEDICAL INSURANCE SERVICES, LLC, AND DOES 1 THROUGH 25, INCLUSIVE, | |
| Defendants. | |

///
///
///
///
///

13556

- 1 -

1    IT IS HEREBY STIPULATED by and between the parties hereto through

2  their respective attorneys of record that the above-entitled action be and hereby is

3  dismissed with prejudice pursuant to FRCP 41(a)(1)(ii) with each party to bear its

4  own fees and costs.

5

6

7
   Dated: 1/11/17                          LAW OFFICES OF STEPHENSON,
8                                           ACQUISTO & COLMAN, INC.

9
                                                /s/ Barbara V. Lam
10   _____
                                              BARBARA V. LAM
11                                           Attorneys for Plaintiff
                                        VALLEY HEALTH CARE SYSTEM, a
12                                          public benefit corporation

13

14

15
   Dated: 1/11/17
16

17

18                                       HINSHAW & CULBERTSON LLP

19                                             /s/ Travis R. Wall
                                     _____
20                                            TRAVIS R. WALL
                                           Attorneys for Defendant
21                                      HCC MEDICAL INSURANCE
                                            SERVICES, LLC
22

23

24

25

26

27

28
   _____
   13556

                            - 2 -    STIPULATION OF DISMISSAL WITH PREJUDICE
                                         [F.R.C.P. 41(a)(1)(ii)]